IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHARLENE ADKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), et al.,<br><br>    Defendant.<br><br>_____<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A),<br><br>    Counter/Cross-Claimant,<br><br>vs.<br><br>CHARLENE ADKINS, DON ADKINS, and ROES 1-10,<br><br>    Counter/Cross-Defendants. | CV 26-58-M-KLD<br><br><br>**ORDER** |

Defendant and Counter/Cross-Claimant John Hancock Life Insurance (U.S.A.) has filed a motion for an order allowing Misty A. Murray to appear *pro hac vice* in this case with Dale Schowengerdt, designated as local counsel. (Doc. 13.) The application of Ms. Murray appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Defendant's motion to allow Misty A. Murray to appear in this Court (Doc. 13) is **GRANTED**, subject to the following conditions:

1.      Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.      Ms. Murray must do her own work. She must do her own writing, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.      Admission is personal to Ms. Murray, not the law firm she works for;

4.      Ms. Murray shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.      Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Ms. Murray must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of her admission under the terms set forth above.

DATED this 30th day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge